**Order entered May 9, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00704-CR

### JEROME JOHNSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 1
### Dallas County, Texas
### Trial Court Cause No. F01-53637-JH

## ORDER

On May 3 2022, we ordered Dallas County District Clerk Felicia Pitre to file a supplemental clerk's record containing two documents: (1) the trial court's February 4, 2019 order denying appellant's request for appointment of counsel and (2) the trial court's February 4, 2019 order entitled "COURT'S NOTIFICATION OF PRO SE MOTION FOR POST-CONVICTION DNA TESTING" which "directed the State to file a response to Johnson's motion" for DNA testing. On May 6, 2022, a 187-page supplemental clerk's record was filed. Although it

contained five documents not previously filed in a clerk's record, the majority of the documents in this supplemental clerk's record are already on file in the January 18, 2022 supplemental clerk's record or are letters and orders issued by this Court. Notably, the May 6th supplement did not contain the two documents we ordered filed.

We **ORDER** Dallas County District Clerk Felicia Pitre to file, **WITHIN TEN DAYS OF THE DATE OF THIS ORDER**, a supplemental clerk's record containing **ONLY THE FOLLOWING TWO DOCUMENTS**:

- the trial court's February 4, 2019 order denying appellant's request for appointment of counsel, and

- the trial court's February 4, 2019 order entitled "COURT'S NOTIFICATION OF PRO SE MOTION FOR POST-CONVICTION DNA TESTING" in which the trial court "directed the State to file a response to Johnson's motion" for DNA testing.

Although the trial court cause number in this appeal is F01-53637-H, **these orders are the only documents located in OnBase under trial court cause number F01-56337-H.**

We **DIRECT** the Clerk to send a copy of this order to Dallas County District Clerk Felicia Pitre; to Jerome Johnson, TDCJ #01198301, Estelle Unit, 264 FM 3478, Huntsville, TX 77320-3320; and the Dallas County District Attorney's Office, Appellate Division.

/s/    ERIN A. NOWELL
JUSTICE